```
                            FILED
                   CLERK, U.S. DISTRICT COURT

                         JUN 1 3 2014

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY          D.B.         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>Abelino Pereyda-Hernandez<br>                              /Defendant. | Case No.: 14-MJ-255<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __EASTERN__ District of __Michigan__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• LACK OF BAIL RESOURCES

• TIES TO FOREIGN COUNTRY

• OUT OF DISTRICT CASE

1

1 and/or

2 B.    ( )    The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18
5           U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 6/13/14

*[signature]*
HONORABLE DAVID T. BRISTOW
United States Magistrate Judge